# United States Bankruptcy Court
## Southern District of Florida

In re **NNN Doral Court 32, LLC** Case No. ______
Debtor(s) Chapter **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **NNN Doral Court 32, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 6, 2015**
Date

**/s/ Lawrence M. Schantz**
**Lawrence M. Schantz 143910**
Signature of Attorney or Litigant
Counsel for **NNN Doral Court 32, LLC**

**Aaronson Schantz Beiley P.A.**
**100 SE 2nd Street, Floor 27**
**Miami, FL 33131**
**786-594-3000**
**jevans@aspalaw.com**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com Best Case Bankruptcy